Jose J. GASTON–PACHECO,
Petitioner,

v.

DEPARTMENT OF JUSTICE,
Respondent.

No. 00–3260.

United States Court of Appeals,
Federal Circuit.

DECIDED: March 8, 2001.

Before RADER and SCHALL, Circuit
Judges, PLAGER, Senior Circuit Judge.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and
considered it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.